CT Corporation

**Service of Process Transmittal**
03/19/2012
CT Log Number 520166452

TO: MiAnne Schall
Collecto, Inc.
Assinippi Office Park, 700 Longwater Drive
Norwell, MA 02061-

RE: **Process Served in Florida**

FOR: Collecto, Inc. (Domestic State: MA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | John Pinson, Pltf. vs. Collecto, Inc, etc., Dft. |
| **DOCUMENT(S) SERVED:** | Notice(s), Document(s) in a Foreign Language, Complaint(s) |
| **COURT/AGENCY:** | Palm Beach County Court, FL<br>Case # 502012SC004588XXXXMB |
| **NATURE OF ACTION:** | Violation of the Fair Debt Collection Practices Act by obtaining Plaintiff's consumer report without a permissible purpose |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/19/2012 at 13:21 |
| **JURISDICTION SERVED :** | Florida |
| **APPEARANCE OR ANSWER DUE:** | June 12, 2012 at 1:00 p.m. - Pretrial Conference |
| **ATTORNEY(S) / SENDER(S):** | John Pinson<br>526 Westwood Road<br>West Palm Beach, FL 33401<br>561-329-2524 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/19/2012, Expected Purge Date: 03/24/2012<br>Image SOP<br>Email Notification, MiAnne Schall mianne.schall@eos-cca.com<br>Email Notification, Susan Giordano Susan.Giordano@eos-cca.com<br>Email Notification, Mike Butler mike.butler@eos-cca.com<br>Email Notification, Christine Ralton christine.ralton@eos-cca.com<br>Email Notification, Krista Tracia krista.tracia@eos-cca.com<br>Email Notification, Peter Garland peter.garland@eos-cca.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Donna Moch |
| **ADDRESS:** | 1200 South Pine Island Road<br>Plantation, FL 33324 |
| **TELEPHONE:** | 954-473-5503 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

IN THE COUNTY COURT IN AND FOR PALM BEACH COUNTY, FLORIDA

UNIFORM CASE NO: 502012SC004588XXXXMB
DIVISION: RJ
DOCUMENT TRACKING NO: SM-12-030217

JOHN PINSON



　　　　　　PLAINTIFF(S)
　　　-VS-
COLLECTO INC DBA COLLECTION COMPANY OF AMERICA

　　　　　　DEFENDANT(S)

**NOTICE TO APPEAR**
**FOR PRE-TRIAL CONFERENCE/MEDIATION**

STATE OF FLORIDA - NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)

**COLLECTO INC DBA COLLECTION COMPANY OF AMERICA**
　　　　　　　　　　　　　　　　　　**ALTERNATE ADDRESS:**

SERVE TO:  C T CORPORATION SYSTEMS
REGISTERED AGENT
1200 SOUTH PINE ISLAND RD
PLANTATION, FL 33324

YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney at the Palm Beach County Courthouse in Courtroom #6B, located at 205 N DIXIE HWY  WEST PALM BEACH, FL 33401, on 12-JUN-2012, at 01:00 PM, for a PRETRIAL CONFERENCE before a Judge of this court.

**IMPORTANT - READ CAREFULLY**
**THE CASE WILL NOT BE TRIED AT THAT TIME**
**DO NOT BRING WITNESSES - APPEAR IN PERSON OR BY ATTORNEY**

The defendant(s) must appear in court on the date specified in order to avoid a default judgment. The plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney in the PRETRIAL CONFERENCE. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

A corporation may be represented at any stage of the trial court proceedings by an officer of the corporation or any employee authorized in writing by an officer of the corporation. Written authorization must be brought to the Pretrial Conference.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

COPY

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and may withhold judgment or execution or levy.

**RIGHT TO VENUE.** The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A

proper location or venue may be one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note is signed or where the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any one or more of the defendants sued reside; (6) any location agreed to in a contract; (7) in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's(s') attorney, if any.

A copy of the statement of claim shall be served with this summons.

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:  You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above named person.

"IF YOU ARE A PERSON WITH A DISABILITY WHO NEEDS ANY ACCOMMODATION IN ORDER TO PARTICIPATE IN THIS PROCEEDING, YOU ARE ENTITLED AT NO COST TO YOU, TO THE PROVISION OF CERTAIN ASSISTANCE.  PLEASE CONTACT NICOLE SAUNDERS, ADA COORDINATOR IN THE ADMINISTRATIVE OFFICE OF THE COURT, PALM BEACH COUNTY COURTHOUSE, 205 NORTH DIXIE HIGHWAY, ROOM 5.2500, WEST PALM BEACH, FLORIDA 33401; TELEPHONE NUMBER (561) 355-4380 WITHIN TWO (2) WORKING DAYS OF YOUR RECEIPT OF THIS SUMMONS; IF YOU ARE HEARING OR VOICE IMPAIRED, CALL 1-800-955-8771".

DATED: 13-MAR-2012

Sharon R. Bock,
Clerk & Comptroller

BY:   **TRACEY WILLIAMS**
DEPUTY CLERK

CC:
JOHN PINSON , 526 WESTWOOD RD, WEST PALM BEACH, FL 33401

EN EL TRIBUNAL DEL CONDADO, EN Y DEL CONDADO DE PALM BEACH, FLORIDA

CAUSA NO: 2012SC004588
DIVISION: -RJ
NUMERO DE SEGUIMIENTO DEL DOCUMENTO: SM-12-030217

JOHN PINSON

DEMANDANTE(S),

vs.

COLLECTO INC DBA COLLECTION COMPANY OF
RICA

DEMANDADO(S)

### NOTICIA PARA COMPARECER
### A CONFERENCIA PREVIA AL JUICIO/MEDIACION

ESTADO DE LA FLORIDA - NOTIFICACIÓN A LOS DEMANDANTES Y A LOS DEMANDADOS

COLLECTO INC DBA COLLECTION COMPANY OF AMERICA

SERVE TO: C T CORPORATION SYSTEMS
STERED AGENT
1200 SOUTH PINE ISLAND RD
PLANTATION, FL 33324

DIRECCION ADICIONAL:

SE LE AVISA POR ESTE MEDIO que usted deberá comparecer personalmente o representado por un abogado en la Sala 6B del Tribual del Condado de Palm Beach, ubicado en 205 N DIXIE HWY WEST PALM BEACH, FL 33401, el día 12-JUN-2012, a las 01:00 PM, para una CONFERENCIA PREVIA AL JUICIO.

### IMPORTANTE – LEA CUIDADOSAMENTE

**ESTE CASO NO SERA JUZGADO DURANTE LA CONFERENCIA PREVIA AL JUICIO, PERO PUEDE TRATAR DE RESOLVERSE POR MEDIO DE MEDIACION ESE DIA.**

**NO TRAIGA TESTIGOS. USTED TIENE QUE COMPARECER PERSONALMENTE O SER REPRESENTADO POR UN ABOGADO.**

**LA PERSONA QUE COMPAREZCA EN REPRESENTACION DE UNA DE LAS PARTES, DEBE TENER AUTORIDAD TOTAL PARA NEGOCIAR TODAS LAS CANTIDADES, DESDE UN VALOR DE CERO, HASTA EL MONTO TOTAL DE LA DEMANDA, SIN TENER QUE HACER CONSULTA ALGUNA. EL INCUMPLIMIENTO A LO ESTABLECIDO PUEDE RESULTAR EN LA IMPOSICION DE SANCIONES, INCLUYENDO COSTOS, HONORARIOS DE ABOGADOS, IMPOSICION DE UNA DECISION JUDICIAL O RECHAZO DE LA DEMANDA.**

El demandado(s) deberá(n) comparecer ante el Tribunal en la fecha indicada en la orden para evitar una decisión judicial por no comparecer. El(los) demandante(s) deben comparecer para evitar que su caso sea rechazado por insuficiencia de enjuiciamiento. Una MOCION por escrito o una CONTESTACION presentada al Tribunal por parte del demandado(s) o demandante(s), no es excusa para que una de las partes o su abogado no comparezca en persona a la CONFERENCIA PREVIA AL JUICIO/MEDIACION. La fecha y la hora de la CONFERENCIA PREVIA AL JUICIO/MEDIACION, NO PUEDE SER reprogramada sin buena causa y deberá tener aprobación previa del Tribunal.

Una corporación puede ser representada durante cualquiera etapa del proceso judicial del tribunal, por un

representante de la corporación o por cualquier empleado con autorización escrita del representante de la corporación. La autorización escrita deberá ser llevada a la Conferencia Previa al Juicio/mediación.

El objetivo de la Conferencia previa al Juicio/mediación es el de registrar su comparecencia, para determinar si usted admite toda o parte de la demanda, para así capacitar al Tribunal para que determine la naturaleza de la demanda y para que establezca si su caso será llevado a juicio en caso de que no sea resuelto en la Conferencia Previa al Juicio. Usted o su abogado deberán estar preparados para consultar con el Tribunal y explicar brevemente la naturaleza de su desacuerdo, indicar qué pasos se han tomado para llegar a un acuerdo, presentar los documentos necesarios para probar la demanda, indicar los nombres y direcciones de sus testigos, estipular a los hechos que no requieran prueba y que agilicen el juicio, y estimar cuánto tiempo tomará resolver el caso.

Si usted admite el reclamo, pero desea tiempo adicional para pagar, usted tiene que venir y explicar las circunstancias. El Tribunal podrá o no aprobar un plan de pago y podrá abstenerse de emitir una orden judicial de ejecución o embargo.

DERECHO PARA DETERMINAR EN DONDE DEBERA PRESENTARSE SU CASO. La ley le concede el derecho a la persona o a la compañía que ha sido demandada(o), de presentarse en alguno de los lugares indicados a continuación. Sin embargo, si usted ha sido demandado en algún lugar diferente a los indicados, usted como demandado tiene el derecho de solicitar que su caso sea trasladado al lugar correcto. El lugar apropiado puede ser uno de los siguientes: (1) el lugar en donde el contrato fue ejecutado, (2) si la demanda se origina por nota de pago no asegurada, es en el lugar en donde la nota se originó, o donde vive el otorgante, (3) si la demanda es para recuperar una propiedad o por un remate, el lugar será en donde está ubicada la propiedad, (4) en el lugar en donde ocurrió el evento que dio origen al desacuerdo, (5) en el lugar donde vive uno a varios de los demandados, (6) en cualquier lugar acordado por contrato, (7) en el lugar en donde debe realizarse el pago, cuando se trata de un desacuerdo por dineros adeudados.

Si usted como demandado(s) cree que el demandante(s) no lo ha demandado en el lugar apropiado, usted deberá comparecer ante el Tribunal en la fecha indicada y verbalmente solicitar que se le transfiera el caso o tendrá que registrar una solicitud escrita para la transferencia del caso en forma de affidávit (hecho bajo juramento), dentro de los (7) días anteriores a su primera comparecencia y enviar copia de este documento al demandante(s) o al abogado del demandante(s), si lo hay.

Una copia de la demanda deberá ser entregada oficialmente con esta citación.

" SI USTED ES UNA PERSONA INCAPACITADA, QUE NECESITA AYUDA PARA PODER PARTICIPAR EN ESTE PROCEDIMIENTO, USTED TIENE DERECHO, SIN COSTO ALGUNO, A RECIBIR CIERTA AYUDA. POR FAVOR PÓNGASE EN CONTACTO CON NICOLE SAUNDERS, COORDINADOR DE ADA (AYUDA PARA INCAPACITADOS) EN LA OFICINA DE ADMINISTRACIÓN DEL TRIBUNAL DEL CONDADO DE PALM BEACH, 205 NORTH DIXIE HIGHWAY, SALA 5.2500, WEST PALM BEACH, FLORIDA 33401; NÚMERO DE TELÉFONO (561) 355-4380 DURANTE LOS DOS DÍAS DESPUÉS DE QUE USTED HA RECIBIDO ESTA CITACIÓN. SI USTED TIENE UNA INCAPACIDAD DE AUDICIÓN O DE HABLA, LLAME AL 1-800-955-8771"

FECHADO EN EL CONDADO DE PALM BEACH, FLORIDA, 13-MAR-2012

Sharon R. Bock
Secretaria & Auditora

NAN TRIBINAL KI REGLE TI ZAFE NAN E  POU KOMIN PALM BEACH, FLORID

NIMERO KA: 2012SC004588-
DIVISYON: RJ
NIMERO POU JWEN KA-A SM-12-030217

JOHN PINSON

      DEMANDAN,

VS

COLLECTO INC DBA COLLECTION COMPANY OF
AMERICA

      DAFANDAN.

**AVETISMAN  POU PRESANTE W
POU YON KONFERANS /MEDIASYON AVAN JIJMAN**

ETA FLORID LA - AVETISMAN POU DEMANDAN (YO) AVEK DEFANDAN (YO).

**COLLECTO INC DBA COLLECTION COMPANY OF AMERICA**

SERVE TO:  C T CORPORATION SYSTEMS
REGISTERED AGENT
1200 SOUTH PINE ISLAND RD
PLANTATION, FL 33324

YO AVETI- W  KE OU DWE PARET AN PESONN OSWA PA YON AVOKA NAN TRIBINAL KOMINN
 PALM BEACH LA NAN SAL 6B NAN ADDRESS SA 205 N DIXIE HWY  WEST PALM BEACH, FL 33401, A 12-
JUN-2012, NAN 01:00 PM, POU YON KONFEARANS.

**INPÓTAN - LI AVEK ATENSYON.**

**KA SAA PAP JIJE PANDAN KONFERANS AVAN JIJMAN AN, MEN NOU KA
ESEYE REZOUD KA A  NAN MEDIASYON JOU SA A.**

**PA MENEN TEMWEN OU DWE PRESANTE TET OU OSWA YON AVOKA KAPAB
PARET POU OU.**

**MOUN KI PARET POU REPRESANTE PATI A DWE GEN TOUT OTORITE POU L
NEGOSYE MONTAN AN KOMANSE A ZERO POU RIVE A MONTAN TOTAL
DEMAND LA SAN LI PA OBLIJE KONSILTE AK LOT MOUN. SI OU DESOBYI AK
REG SA A SA KA PEMET YO PRAN SANKSYON KONT OU. SA KA INKLI FRE ,
FRE AVOKA, SANKSYON FINANSYEL JIRIDIK. OSWA ANILE DEMAND LA.**

Defandan(yo) dwe presante nan tribinal la nan dat yo bali ki nan lod la poul ka evite yon sanksyon jiridik finansyel deske
li pat paret. Demandan (yo) dwe paret nan tribinal pou yo pa kite ka a tonbe. Paske pa t gen ase reclamasyon.  Menm si
demandan an  oswa defandan an ta fe tribinal la yon demand a lekrit sa pap eskise presans nou ni presans avoka a nan
konferans/mediasyon anvan jijman . Ni dat ni le konferans avan jijman an pa ka ranvvoiye san yon bon rezon ak san
tribinal la pat aprouve li davans.

Yon Koporasyon  ka pab  represante pa yon ofisyel ki nan koporasyon nan tout etap pwose a nan tribinal la ,oswa yon
ofisyel koporasyon an ka pab otorize youn nan anplwaye l yo a lekrit pou represante l. yo dwe pote otorizasyon a lekrit sa

a nan konferans/mediasyon anvan jijman. Rezon pou konferans avan jijman an se pou yo sa montre ke w te paret , pou fe konnen si ke ou

Admet tout oswa yon pati nan reklamasyon an, pou sa pemet tribinal la deside ki jan de ka ke li ye, e pou yo ka plase ka a pou jijman si ka a pa ka ka rezoud nan konferans avan jijman an. Oumenm oswa avoka w la dwe prepare n pou yon konferans ak tribinal la e poun eksplike tou kout ki jan de dispit ke ou gen yen an , eksplike ki ef☐ ki te fet pou rezoud ka a , montre kinpot dokiman neses☐ pou pwouve ka a , bay non ak address temwen w yo , dak☐ ak s☐tin f☐ ki ki pap beswen prev e kap fe jijman an ale pli vit, e etime konbyen tan sa ap pran pou jije ka a.

Si ou aksepte reklamasyon an, e ou beswen plis tan pou peye , se pou vinn di yo rezon an. Tribinal la ka pemet oswo pa aksepte ke ou fe  yon plan pou peye , li ka mete yon sanksyon Finansyel jiridik oswa yon anbago.

**Dwa pou detemine ki kote pou presante ka w la. Lwa a bay moun nan oswa konpany ki asiyen w la dwa pou li presante li nan ninpot nan kote ki make sou papye a . Men si yo te asiyen w lot kote apa de kote ki make sou papye a , oumenm kom defanndan gen dwa Mande pou yo voye ka a nan kote ki korek la. Kote apwopriye a ka nan youn nan kote suivan sa yo: (1) kote kontra a te fet la, (2) si asiniasyon an se te yon biye ak yon pwomes san bon garanti , kote biye a te signyen oswa kote moun ki te fe biye a rete. (3) si demand la se pou rekipere pwopriyete a oswa pou poze sele sou pwopriyete a ;(4) kote evenman an te rive ki koz asiniasyon an ; (5) kote youn ou plis nan moun yo asiyin a rete ; (6) Kelke swa kote ki te dako nan kontra a ; (7) nan yon aksyon kote gen lajan ki dwe, si pa gen yon ak☐ nan ki kote pou demand la fet , kote pou peyman an fet.**

**Si oumenm defandan an (yo) pa  kwe ke demandan an te asiyen nan youn nan kote sa yo se pou paret nan tribinal la dat yo ba w la pou mande pou yo transfere ka a , oswa ou ka ekri yon demand nan yon f☐m atestasyon (deklarasyon ekri sou seman) ak tribinal la 7 jou avan premie randevou tribinal la e voye yon kopi bay demandan (yo) an oswa avoka demandan (yo) si gen yen.**

**Yon kopi asiniasyon an fet pou ofisyelman akonpanye konvokasyon an.**

**"Si ou se yon moun ki gen yon sot de andikape kap beswen sevis espesyal pou ka Patisipe nan pwose sa a , ou gen dwa sa a , li pap koute w ayen pou resevwa s☐ten ed. Tanpri pran kontak ak Nicole Saunders koodinate pou ADA (Ed pou andikape) Ki nan ofis administrasyon tribinal kominn nan  ki nan Palm Beach la , 205 North Dixie Highway, shamb 5.2500 , West Palm Beach , Florida 33401 ; Nimero Telefonn (561) 355- 4380 . L☐ ou resevwa konvokasyon a, Rele pa pli ta ke de (2) jou de travay Si ou gen anpechman pou tande oswa pou pale, rele 1-899-955-8771" .**

IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

JOHN PINSON )   CIVIL DIVISION
        Plaintiff, )   CASE NO: 2012 SC 0 0 4 5 8 8 XXXXNB
    v. )   Judge
)
COLLECTO, INC D/B/A COLLECTION )
COMPANY OF AMERICA, Defendant )
)
)
_____ )

COPY
COUNTY CIVIL DIVISION

SHARON R. BOCK
CLERK & COMPTROLLER

## COMPLAINT

### PRELIMINARY STATEMENT

1. This is an action for damages brought from violations of the Fair Credit Reporting Act
(FCRA) 15 U.S.C. §1681 *et seq.*

### JURISDICTION

2. The jurisdiction of this Court is conferred by 15 U.S.C. §1681p.

### FACTUAL ALLEGATIONS

3. On November 13, 2009, Defendant initiated a soft pull of Plaintiff's credit report from
Experian without permissible purpose.

4. On March 30, 2010, Defendant initiated a soft pull of Plaintiff's credit report from
Experian without permissible purpose.

### COUNT I

### VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681

### WILLFUL NON-COMPLIANCE BY DEFENDANT COLLECTO, INC
### D/B/A COLLECTION COMPANY OF AMERICA.

5. Plaintiff JOHN PINSON is a "consumer" within the meaning of the FCRA, 15 U.S.C. §1681a(c).

6. COLLECTO, INC D/B/A COLLECTION COMPANY OF AMERICA is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

7. COLLECTO, INC D/B/A COLLECTION COMPANY OF AMERICA willfully violated the FCRA. Defendant's violations include, but are not limited to, the following:

(a) COLLECTO, INC D/B/A COLLECTION COMPANY OF AMERICA willfully violated 15 U.S.C. §1681b (f) by obtaining Plaintiff's consumer report November 13, 2009 without a permissible purpose as defined by 15 U.S.C. §1681b.

WHEREFORE, Plaintiff JOHN PINSON demands judgment for damages in the amount of $1,000 against COLLECTO, INC D/B/A COLLECTION COMPANY OF AMERICA for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1681n.

## COUNT II

## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681

### NEGLIGENT NON-COMPLIANCE BY DEFENDANT COLLECTO, INC D/B/A COLLECTION COMPANY OF AMERICA

8. Plaintiff JOHN PINSON is a "consumer" within the meaning of the FCRA, 15 U.S.C. §1681a(c).

9. COLLECTO, INC D/B/A COLLECTION COMPANY OF AMERICA is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

10. COLLECTO, INC D/B/A COLLECTION COMPANY OF AMERICA negligently violated the FCRA. Defendant's violations include, but are not limited to, the following:

(a) COLLECTO, INC D/B/A COLLECTION COMPANY OF AMERICA negligently violated 15 U.S.C. §1681b (f) by obtaining Plaintiff's consumer report November 13, 2009 without a permissible purpose as defined by 15 U.S.C. §1681b.

WHEREFORE, Plaintiff demands judgment for damages in the amount of $1,000 against COLLECTO, INC D/B/A COLLECTION COMPANY OF AMERICA for actual damages, and attorney's fees and costs, pursuant to 15 U.S.C. § 1681o.

## COUNT III

### VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681

### WILLFUL NON-COMPLIANCE BY DEFENDANT COLLECTO, INC D/B/A COLLECTION COMPANY OF AMERICA.

5. Plaintiff JOHN PINSON is a "consumer" within the meaning of the FCRA, 15 U.S.C. §1681a(c).

6. COLLECTO, INC D/B/A COLLECTION COMPANY OF AMERICA is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

7. COLLECTO, INC D/B/A COLLECTION COMPANY OF AMERICA willfully violated the FCRA. Defendant's violations include, but are not limited to, the following:

(a) COLLECTO, INC D/B/A COLLECTION COMPANY OF AMERICA willfully violated 15 U.S.C. §1681b (f) by obtaining Plaintiff's consumer report March 30, 2010 without a permissible purpose as defined by15 U.S.C.§1681b.

WHEREFORE, Plaintiff JOHN PINSON demands judgment for damages in the amount of $1,000 against COLLECTO, INC D/B/A COLLECTION COMPANY OF AMERICA for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1681n.

## COUNT IV

### VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681

### NEGLIGENT NON-COMPLIANCE BY DEFENDANT COLLECTO, INC D/B/A COLLECTION COMPANY OF AMERICA

8. Plaintiff JOHN PINSON is a "consumer" within the meaning of the FCRA, 15 U.S.C. §1681a(c).

9. COLLECTO, INC D/B/A COLLECTION COMPANY OF AMERICA is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

10. COLLECTO, INC D/B/A COLLECTION COMPANY OF AMERICA negligently violated the FCRA. Defendant's violations include, but are not limited to, the following:

(a) COLLECTO, INC D/B/A COLLECTION COMPANY OF AMERICA negligently violated 15 U.S.C. §1681b (f) by obtaining Plaintiff's consumer report March 30, 2010 without a permissible purpose as defined by15 U.S.C. §1681b.

WHEREFORE, Plaintiff JOHN PINSON demands judgment for damages in the amount of $1,000 against COLLECTO, INC D/B/A COLLECTION COMPANY OF AMERICA for actual damages, and attorney's fees and costs, pursuant to 15 U.S.C. § 1681o.

**WHEREFORE,** Plaintiff demands judgment for damages against COLLECTO, INC D/B/A COLLECTION COMPANY OF AMERICA and $4,000 for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1681n (a) (3) and 15 U.S.C. §1681o (a)

### DEMAND FOR JURY TRIAL

Plaintiff JOHN PINSON hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this 13th day of March, 2012

By:

John Pinson, pro se
526 Westwood Road
West Palm Beach, Florida
33401
Tel. 561-329-2524
john@pinson.com

**Defendant:**
COLLECTO, INC,
D/B/A COLLECTION COMPANY OF AMERICA.
700 LONG WATER DRIVE
NORWELL, MA 02061
**Registered Agent for Service of Process:**
C T CORPORATION SYSTEMS
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FLORIDA 33324

IN THE COUNTY COURT IN AND FOR PALM BEACH COUNTY, FLORIDA

UNIFORM CASE NO: 502012SC004588XXXXMB
DIVISION: RJ
DOCUMENT TRACKING NO: SM-12-030217

JOHN PINSON

PLAINTIFF(S)
-VS-
COLLECTO INC DBA COLLECTION COMPANY OF AMERICA

DEFENDANT(S)

**NOTICE TO APPEAR**
**FOR PRE-TRIAL CONFERENCE/MEDIATION**

STATE OF FLORIDA - NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)

**COLLECTO INC DBA COLLECTION COMPANY OF AMERICA**

**ALTERNATE ADDRESS:**

SERVE TO:  C T CORPORATION SYSTEMS
REGISTERED AGENT
1200 SOUTH PINE ISLAND RD
PLANTATION, FL 33324

YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney at the Palm Beach County Courthouse in Courtroom #6B, located at 205 N DIXIE HWY  WEST PALM BEACH, FL 33401, on 12-JUN-2012, at 01:00 PM, for a PRETRIAL CONFERENCE before a Judge of this court.

**IMPORTANT - READ CAREFULLY**
**THE CASE WILL NOT BE TRIED AT THAT TIME**
**DO NOT BRING WITNESSES - APPEAR IN PERSON OR BY ATTORNEY**

The defendant(s) must appear in court on the date specified in order to avoid a default judgment. The plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney in the PRETRIAL CONFERENCE. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

A corporation may be represented at any stage of the trial court proceedings by an officer of the corporation or any employee authorized in writing by an officer of the corporation. Written authorization must be brought to the Pretrial Conference.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

COPY

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and may withhold judgment or execution or levy.

**RIGHT TO VENUE. The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A**

proper location or venue may be one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note is signed or where the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any one or more of the defendants sued reside; (6) any location agreed to in a contract; (7) in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's(s') attorney, if any.

A copy of the statement of claim shall be served with this summons.

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:  You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above named person.

"IF YOU ARE A PERSON WITH A DISABILITY WHO NEEDS ANY ACCOMMODATION IN ORDER TO PARTICIPATE IN THIS PROCEEDING, YOU ARE ENTITLED AT NO COST TO YOU, TO THE PROVISION OF CERTAIN ASSISTANCE.  PLEASE CONTACT NICOLE SAUNDERS, ADA COORDINATOR IN THE ADMINISTRATIVE OFFICE OF THE COURT, PALM BEACH COUNTY COURTHOUSE, 205 NORTH DIXIE HIGHWAY, ROOM 5.2500, WEST PALM BEACH, FLORIDA 33401; TELEPHONE NUMBER (561) 355-4380 WITHIN TWO (2) WORKING DAYS OF YOUR RECEIPT OF THIS SUMMONS; IF YOU ARE HEARING OR VOICE IMPAIRED, CALL 1-800-955-8771".

DATED: 13-MAR-2012

Sharon R. Bock,
Clerk & Comptroller

By. **TRACEY WILLIAMS**
DEPUTY CLERK

CC:
JOHN PINSON , 526 WESTWOOD RD. WEST PALM BEACH, FL 33401

EN EL TRIBUNAL DEL CONDADO, EN Y  DEL CONDADO DE PALM BEACH, FLORIDA

CAÙSA  NO: 2012SC004588
DIVISION: -RJ
NUMERO DE SEGUIMIENTO DEL DOCUMENTO: SM-12-030217

JOHN PINSON

DEMANDANTE(S),

vs.

COLLECTO INC DBA COLLECTION COMPANY OF
RICA

DEMANDADO(S)

### NOTICIA PARA COMPARECER
### A CONFERENCIA PREVIA AL JUICIO/MEDIACION

ESTADO DE LA FLORIDA  - NOTIFICACIÓN A LOS DEMANDANTES  Y A LOS DEMANDADOS

COLLECTO INC DBA COLLECTION COMPANY OF AMERICA

SERVE TO:  C T CORPORATION SYSTEMS
STERED AGENT
1200 SOUTH PINE ISLAND RD
PLANTATION, FL 33324

DIRECCION ADICIONAL:

SE LE AVISA POR ESTE MEDIO que usted deberá comparecer personalmente o representado por un abogado
en la Sala 6B del Tribunal del Condado de Palm Beach, ubicado en 205 N DIXIE HWY  WEST PALM BEACH,
FL 33401, el día 12-JUN-2012, a las 01:00 PM, para una CONFERENCIA PREVIA AL JUICIO.

### IMPORTANTE – LEA CUIDADOSAMENTE

**ESTE CASO NO SERA JUZGADO DURANTE LA CONFERENCIA PREVIA AL JUICIO, PERO
PUEDE TRATAR DE RESOLVERSE POR MEDIO DE MEDIACION ESE DIA.**

**NO TRAIGA TESTIGOS.  USTED TIENE QUE COMPARECER PERSONALMENTE O SER
REPRESENTADO POR UN ABOGADO.**

**LA PERSONA QUE COMPAREZCA EN REPRESENTACION DE UNA DE LAS PARTES, DEBE
TENER AUTORIDAD TOTAL PARA NEGOCIAR TODAS LAS CANTIDADES, DESDE UN VALOR
DE CERO, HASTA EL MONTO TOTAL DE LA DEMANDA, SIN TENER QUE HACER CONSULTA
ALGUNA.  EL INCUMPLIMIENTO A LO ESTABLECIDO PUEDE RESULTAR EN LA IMPOSICION
DE SANCIONES, INCLUYENDO COSTOS, HONORARIOS DE ABOGADOS, IMPOSICION DE UNA
DECISION JUDICIAL O RECHAZO DE LA DEMANDA.**

El demandado(s) deberá(n) comparecer ante el Tribunal en la fecha indicada en la orden para evitar una decisión
judicial por no comparecer.  El(los) demandante(s) deben comparecer para evitar que su caso sea rechazado por
insuficiencia de enjuiciamiento.  Una MOCION por escrito o una CONTESTACION presentada al Tribunal por
parte del demandado(s) o demandante(s), no es excusa para que una de las partes o su abogado no comparezca en
persona a la CONFERENCIA PREVIA AL JUICIO/MEDIACION.  La fecha y la hora de la CONFERENCIA
PREVIA AL JUICIO/MEDIACION, NO PUEDE SER reprogramada sin buena causa y deberá tener aprobación
previa del Tribunal.

Una corporación puede ser representada durante cualquiera etapa del proceso judicial del tribunal, por un

representante de la corporación o por cualquier empleado con autorización escrita del representante de la corporación. La autorización escrita deberá ser llevada a la Conferencia Previa al Juicio/mediación.

El objetivo de la Conferencia previa al Juicio/mediación es el de registrar su comparecencia, para determinar si usted admite toda o parte de la demanda, para así capacitar al Tribunal para que determine la naturaleza de la demanda y para que establezca si su caso será llevado a juicio en caso de que no sea resuelto en la Conferencia Previa al Juicio. Usted o su abogado deberán estar preparados para consultar con el Tribunal y explicar brevemente la naturaleza de su desacuerdo, indicar qué pasos se han tomado para llegar a un acuerdo, presentar los documentos necesarios para probar la demanda, indicar los nombres y direcciones de sus testigos, estipular a los hechos que no requieran prueba y que agilicen el juicio, y estimar cuánto tiempo tomará resolver el caso.

Si usted admite el reclamo, pero desea tiempo adicional para pagar, usted tiene que venir y explicar las circunstancias. El Tribunal podrá o no aprobar un plan de pago y podrá abstenerse de emitir una orden judicial de ejecución o embargo.

DERECHO PARA DETERMINAR EN DONDE DEBERA PRESENTARSE SU CASO. La ley le concede el derecho a la persona o a la compañía que ha sido demandada(o), de presentarse en alguno de los lugares indicados a continuación. Sin embargo, si usted ha sido demandado en algún lugar diferente a los indicados, usted como demandado tiene el derecho de solicitar que su caso sea trasladado al lugar correcto. El lugar apropiado puede ser uno de los siguientes: (1) el lugar en donde el contrato fue ejecutado, (2) si la demanda se origina por nota de pago no asegurada, es en el lugar en donde la nota se originó, o donde vive el otorgante, (3) si la demanda es para recuperar una propiedad o por un remate, el lugar será en donde está ubicada la propiedad, (4) en el lugar en donde ocurrió el evento que dio origen al desacuerdo, (5) en el lugar donde vive uno a varios de los demandados, (6) en cualquier lugar acordado por contrato, (7) en el lugar en donde debe realizarse el pago, cuando se trata de un desacuerdo por dineros adeudados.

Si usted como demandado(s) cree que el demandante(s) no lo ha demandado en el lugar apropiado, usted deberá comparecer ante el Tribunal en la fecha indicada y verbalmente solicitar que se le transfiera el caso o tendrá que registrar una solicitud escrita para la transferencia del caso en forma de affidávit (hecho bajo juramento), dentro de los (7) días anteriores a su primera comparecencia y enviar copia de este documento al demandante(s) o al abogado del demandante(s), si lo hay.

Una copia de la demanda deberá ser entregada oficialmente con esta citación.

" SI USTED ES UNA PERSONA INCAPACITADA, QUE NECESITA AYUDA PARA PODER PARTICIPAR EN ESTE PROCEDIMIENTO, USTED TIENE DERECHO, SIN COSTO ALGUNO, A RECIBIR CIERTA AYUDA. POR FAVOR PÓNGASE EN CONTACTO CON NICOLE SAUNDERS, COORDINADOR DE ADA (AYUDA PARA INCAPACITADOS) EN LA OFICINA DE ADMINISTRACIÓN DEL TRIBUNAL DEL CONDADO DE PALM BEACH, 205 NORTH DIXIE HIGHWAY, SALA 5.2500, WEST PALM BEACH, FLORIDA 33401; NÚMERO DE TELÉFONO (561) 355-4380 DURANTE LOS DOS DÍAS DESPUÉS DE QUE USTED HA RECIBIDO ESTA CITACIÓN. SI USTED TIENE UNA INCAPACIDAD DE AUDICIÓN O DE HABLA, LLAME AL 1-800-955-8771"

FECHADO EN EL CONDADO DE PALM BEACH, FLORIDA, 13-MAR-2012

Sharon R. Bock
Secretaria & Auditora

NAN TRIBINAL KI REGLE TI ZAFE NAN E  POU KOMIN PALM BEACH, FLORID

NIMERO KA: 2012SC004588-
DIVISYON: RJ
NIMERO POU JWEN KA-A SM-12-030217

JOHN PINSON

DEMANDAN,

VS

COLLECTO INC DBA COLLECTION COMPANY OF
AMERICA

DAFANDAN.

### AVETISMAN  POU PRESANTE W
### POU YON KONFERANS /MEDIASYON AVAN JIJMAN

ETA FLORID LA - AVETISMAN POU DEMANDAN (YO) AVEK DEFANDAN (YO).

**COLLECTO INC DBA COLLECTION COMPANY OF AMERICA**

SERVE TO:  C T CORPORATION SYSTEMS
REGISTERED AGENT
1200 SOUTH PINE ISLAND RD
PLANTATION, FL 33324

YO AVETI- W  KE OU DWE PARET AN PESONN OSWA PA YON AVOKA NAN TRIBINAL KOMINN
PALM BEACH LA NAN SAL 6B NAN ADDRESS SA 205 N DIXIE HWY  WEST PALM BEACH, FL 33401, A 12-
JUN-2012, NAN 01:00 PM, POU YON KONFEARANS.

### INPÓTAN - LI AVEK ATENSYON.

**KA SAA PAP JIJE PANDAN KONFERANS AVAN JIJMAN AN, MEN NOU KA
ESEYE REZOUD KA A  NAN MEDIASYON JOU SA A.**

**PA MENEN TEMWEN OU DWE PRESANTE TET OU OSWA YON AVOKA KAPAB
PARET POU OU.**

**MOUN KI PARET POU REPRESANTE PATI A DWE GEN TOUT OTORITE POU L
NEGOSYE MONTAN AN KOMANSE A ZERO POU RIVE A MONTAN TOTAL
DEMAND LA SAN LI PA OBLIJE KONSILTE AK LOT MOUN. SI OU DESOBYI AK
REG SA A SA KA PEMET YO PRAN SANKSYON KONT OU. SA KA INKLI FRE ,
FRE AVOKA, SANKSYON FINANSYEL JIRIDIK. OSWA ANILE DEMAND LA.**

Defandan(yo) dwe presante nan tribinal la nan dat yo bali ki nan lod la poul ka evite yon sanksyon jiridik finansyel deske
li pat paret. Demandan (yo) dwe paret nan tribinal pou yo pa kite ka a tonbe. Paske pa t gen ase reclamasyon.  Menm si
demandan an  oswa defandan an ta fe tribinal la yon demand a lekrit sa pap eskise presans nou ni presans avoka a nan
konferans/mediasyon anvan jijman . Ni dat ni le konferans avan jijman an pa ka ranvvoiye san yon bon rezon ak san
tribinal la pat aprouve li davans.

Yon Koporasyon  ka pab  represante pa yon ofisyel ki nan koporasyon nan tout etap pwose a nan tribinal la ,oswa yon
ofisyel koporasyon an ka pab otorize youn nan anplwaye l yo a lekrit pou represante l. yo dwe pote otorizasyon a lekrit sa

a nan konferans/mediasyon anvan jijman. Rezon pou konferans avan jijman an se pou yo sa montre ke w te paret , pou fe konnen si ke ou

Admet tout oswa yon pati nan reklamasyon an, pou sa pemet tribinal la deside ki jan de ka ke li ye, e pou yo ka plase ka a pou jijman si ka a pa ka rezoud nan konferans avan jijman an. Oumenm oswa avoka w la dwe prepare n pou yon konferans ak tribinal la e poun eksplike tou kout ki jan de dispit ke ou gen yen an , eksplike ki ef□ ki te fet pou rezoud ka a , montre kinpot dokiman neses□ pou pwouve ka a , bay non ak address temwen w yo , dak□ ak s□tin f□ ki ki pap beswen prev e kap fe jijman an ale pli vit, e etime konbyen tan sa ap pran pou jije ka a.

Si ou aksepte reklamasyon an, e ou beswen plis tan pou peye , se pou vinn di yo rezon an. Tribinal la ka pemet oswo pa aksepte ke ou fe  yon plan pou peye , li ka mete yon sanksyon Finansyel jiridik oswa yon anbago.

**Dwa pou detemine ki kote pou presante ka w la. Lwa a bay moun nan oswa konpany ki asiyen w la dwa pou li presante li nan ninpot nan kote ki make sou papye a . Men si yo te asiyen w lot kote apa de kote ki make sou papye a, oumenm kom defanndan gen dwa Mande pou yo voye ka a nan kote ki korek la. Kote apwopriye a ka nan youn nan kote suivan sa yo: (1) kote kontra a te fet la, (2) si asiniasyon an se te yon biye ak yon pwomes san bon garanti , kote biye a te signyen oswa kote moun ki te fe biye a rete. (3) si demand la se pou rekipere pwopriyete a oswa pou poze sele sou pwopriyete a ;(4) kote evenman an te rive ki koz asiniasyon an ; (5) kote youn ou plis nan moun yo asiyin a rete ; (6) Kelke swa kote ki te dako nan kontra a ; (7) nan yon aksyon kote gen lajan ki dwe, si pa gen yon ak□ nan ki kote pou demand la fet , kote pou peyman an fet.**

**Si oumenm defandan an (yo) pa  kwe ke demandan an te asiyen nan youn nan kote sa yo se pou paret nan tribinal la dat yo ba w la pou mande pou yo transfere ka a , oswa ou ka ekri yon demand nan yon f□m atestasyon (deklarasyon ekri sou seman) ak tribinal la 7 jou avan premie randevou tribinal la e voye yon kopi bay demandan (yo) an oswa avoka demandan (yo) si gen yen.**

**Yon kopi asiniasyon an fet pou ofisyelman akonpanye konvokasyon an.**

**"Si ou se yon moun ki gen yon sot de andikape kap beswen sevis espesyal pou ka Patisipe nan pwose sa a , ou gen dwa sa a , li pap koute w ayen pou resevwa s□ten ed. Tanpri pran kontak ak Nicole Saunders koodinate pou ADA (Ed pou andikape) Ki nan ofis administrasyon tribinal kominn nan  ki nan Palm Beach la , 205 North Dixie Highway, shamb 5.2500 , West Palm Beach , Florida 33401 ; Nimero Telefonn (561) 355- 4380 . L□ ou resevwa konvokasyon a, Rele pa pli ta ke de (2) jou de travay Si ou gen anpechman pou tande oswa pou pale, rele 1-899-955-8771" .**

IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

JOHN PINSON                          )   CIVIL DIVISION
                                     )
          Plaintiff,                 )   CASE 50 2012 SC 0 0 4 5 8 8 XXXXMB
                                     )   Judge
     v.                              )
                                     )                COPY
COLLECTO, INC D/B/A  COLLECTION      )        COUNTY CIVIL DIVISION
COMPANY OF AMERICA, Defendant        )
                                     )                SHARON R. BOCK
                                     )         CLERK & COMPTROLLER
_____    )

## COMPLAINT

### PRELIMINARY STATEMENT

1. This is an action for damages brought from violations of the Fair Credit Reporting Act
(FCRA) 15 U.S.C. §1681 *et seq.*

### JURISDICTION

2. The jurisdiction of this Court is conferred by 15 U.S.C. §1681p.

### FACTUAL ALLEGATIONS

3. On November 13, 2009, Defendant initiated a soft pull of Plaintiff's credit report from
Experian without permissible purpose.

4. On March 30, 2010, Defendant initiated a soft pull of Plaintiff's credit report from
Experian without permissible purpose.

### COUNT I

### VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681

### WILLFUL NON-COMPLIANCE BY DEFENDANT COLLECTO, INC
### D/B/A COLLECTION COMPANY OF AMERICA.

5. Plaintiff JOHN PINSON is a "consumer" within the meaning of the FCRA, 15 U.S.C. §1681a(c).

6. COLLECTO, INC D/B/A COLLECTION COMPANY OF AMERICA is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

7. COLLECTO, INC D/B/A COLLECTION COMPANY OF AMERICA willfully violated the FCRA. Defendant's violations include, but are not limited to, the following:

(a) COLLECTO, INC D/B/A COLLECTION COMPANY OF AMERICA willfully violated 15 U.S.C. §1681b (f) by obtaining Plaintiff's consumer report November 13, 2009 without a permissible purpose as defined by 15 U.S.C.§1681b.

WHEREFORE, Plaintiff JOHN PINSON demands judgment for damages in the amount of $1,000 against COLLECTO, INC D/B/A COLLECTION COMPANY OF AMERICA for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1681n.

## COUNT II

### VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681

### NEGLIGENT NON-COMPLIANCE BY DEFENDANT COLLECTO, INC D/B/A COLLECTION COMPANY OF AMERICA

8. Plaintiff JOHN PINSON is a "consumer" within the meaning of the FCRA, 15 U.S.C. §1681a(c).

9. COLLECTO, INC D/B/A COLLECTION COMPANY OF AMERICA is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

10. COLLECTO, INC D/B/A COLLECTION COMPANY OF AMERICA negligently violated the FCRA. Defendant's violations include, but are not limited to, the following:

(a) COLLECTO, INC D/B/A COLLECTION COMPANY OF AMERICA negligently violated 15 U.S.C. §1681b (f) by obtaining Plaintiff's consumer report November 13, 2009 without a permissible purpose as defined by 15 U.S.C. §1681b.

WHEREFORE, Plaintiff demands judgment for damages in the amount of $1,000 against COLLECTO, INC D/B/A COLLECTION COMPANY OF AMERICA for actual damages, and attorney's fees and costs, pursuant to 15 U.S.C. § 1681o.

## COUNT III

### VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681

#### WILLFUL NON-COMPLIANCE BY DEFENDANT COLLECTO, INC D/B/A COLLECTION COMPANY OF AMERICA.

5. Plaintiff JOHN PINSON is a "consumer" within the meaning of the FCRA, 15 U.S.C. §1681a(c).

6. COLLECTO, INC D/B/A COLLECTION COMPANY OF AMERICA is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

7. COLLECTO, INC D/B/A COLLECTION COMPANY OF AMERICA willfully violated the FCRA. Defendant's violations include, but are not limited to, the following:

(a) COLLECTO, INC D/B/A COLLECTION COMPANY OF AMERICA willfully violated 15 U.S.C. §1681b (f) by obtaining Plaintiff's consumer report March 30, 2010 without a permissible purpose as defined by15 U.S.C.§1681b.

WHEREFORE, Plaintiff JOHN PINSON demands judgment for damages in the amount of $1,000 against COLLECTO, INC D/B/A COLLECTION COMPANY OF AMERICA for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1681n.

## COUNT IV

### VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681

#### NEGLIGENT NON-COMPLIANCE BY DEFENDANT COLLECTO, INC D/B/A COLLECTION COMPANY OF AMERICA

8. Plaintiff JOHN PINSON is a "consumer" within the meaning of the FCRA, 15 U.S.C. §1681a(c).

9. COLLECTO, INC D/B/A COLLECTION COMPANY OF AMERICA is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

10. COLLECTO, INC D/B/A COLLECTION COMPANY OF AMERICA negligently violated the FCRA. Defendant's violations include, but are not limited to, the following:

(a) COLLECTO, INC D/B/A COLLECTION COMPANY OF AMERICA negligently violated 15 U.S.C. §1681b (f) by obtaining Plaintiff's consumer report March 30, 2010 without a permissible purpose as defined by15 U.S.C. §1681b.

WHEREFORE, Plaintiff JOHN PINSON demands judgment for damages in the amount of $1,000 against COLLECTO, INC D/B/A COLLECTION COMPANY OF AMERICA for actual damages, and attorney's fees and costs, pursuant to 15 U.S.C. § 1681o.


WHEREFORE, Plaintiff demands judgment for damages against COLLECTO, INC D/B/A COLLECTION COMPANY OF AMERICA and $4,000 for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1681n (a) (3) and 15 U.S.C. §1681o (a)

## DEMAND FOR JURY TRIAL

Plaintiff JOHN PINSON hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this 13th day of March, 2012

By: _____
John Pinson, pro se
526 Westwood Road
West Palm Beach, Florida 33401
Tel. 561-329-2524
john@pinson.com


**Defendant:**
COLLECTO, INC,
D/B/A COLLECTION COMPANY OF AMERICA.
700 LONG WATER DRIVE
NORWELL, MA 02061
**Registered Agent for Service of Process:**
C T CORPORATION SYSTEMS
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FLORIDA 33324