IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISON

CASE NO.: 12-CV-80407-RYSKAMP/VITUNAC

JOHN PINSON,

    Plaintiff,

vs.

COLLECTO, INC., d/b/a
COLLECTION COMPANY OF AMERICA.

    Defendant.
_____/

**DECLARATION OF JOHN BURNS IN SUPPORT OF**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

On this day, June 29, 2012, I, JOHN BURNS, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. §1746, that the following statements are true and correct.

1. My legal name is John Burns.

2. I have been an employee of Collecto, Inc., ("Collecto") since 1993. My current position with Collecto is Vice President of Corporate Services.

3. Collecto's primary business purpose is the collection of debts.

4. Based upon my review of the records maintained by Collecto, I have knowledge of the Plaintiff's account.

5. On November 13, 2009, AT&T referred Plaintiff's account to Collecto for collection.

6. On March 30, 2010, AT&T referred a second account belonging to Plaintiff to Collecto for collection.

7. Both of Plaintiff's AT&T accounts referenced above were for unpaid telephone services. A true and correct copy of Plaintiff's itemized bills from these accounts is attached hereto as "Exhibit A."

8. On November 13, 2009, and again on March 30, 2010, Collecto pulled Plaintiff's credit report for the purposes of collecting on the Plaintiff's accounts which were referred to Collecto for collection by the original creditor, AT&T. In each instance, Plaintiff's credit report was obtained by Collecto subsequent to receiving Plaintiff's account for collection.

_____ V.P.
JOHN BURNS